```
FILED
DEC 0 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

PETER P. GOODMAN, ESQ. - State Bar No. 97059
2134 10th Avenue
Oakland, CA 94606
Tel.: (510) 536 - 7273
Fax: (510) 534 - 3299
damfoole@yahoo.com
Attorney for Plaintiff
WILLIAM A. PORTER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PORTER,<br>  Plaintiff<br>v.<br>MERCURY HOUSE, a corporation; WORDS GIVEN WINGS LITERARY ARTS PROJECT; AL EVERITT, an individual; and DOES I-X, inclusive,<br>  Defendants | Case No. C 06-06625-CRB<br><br>NOTICE OF EXTENSION OF ALL DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

Based on the parties' hopes to resolve this matter, as reflected in Attachment A hereto, Plaintiff Bill Porter hereby extended all Defendants' time to respond to the Verified Complaint until January 30th, 2007, during which time the parties will discuss resolving this matter and will, if informal resolution appears unlikely, discuss a possible agreement to arbitrate the matter.

DATED: November 30, 2006

_Peter P. Goodman_
Peter P. Goodman
Attorney for Plaintiff, William A. Porter

IT IS SO ORDERED
Judge Charles R. Breyer

December 11, 2006

Notice of Extension of Time
-1-