IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. PORTER,            ) | Case No. C 06-06625-CRB |
|                               ) | Plaintiff      ) |
|                               ) | (PROPOSED) ORDER CONTINUING |
| v.                            ) | INITIAL CASE MANAGEMENT |
|                               ) | CONFERENCE |
|                               ) | |
| MERCURY HOUSE, a corporation; ) | |
| WORDS GIVEN WINGS LITERARY    ) | |
| ARTS PROJECT; AL EVERITT, an  ) | |
| individual; and DOES I-X, inclusive, ) | |
|                      Defendants ) | |
| _____) | |

### ORDER

The Court having reviewed the parties' Joint Request for Continuance of Initial Case Management Conference, and good cause appearing, the Court hereby ORDERS as follows:

1. The Initial Case Management Conference scheduled for February 2, 2007, is continued to _March 23__, 2007;

2. The deadlines related to the Initial Case Management Conference are continued accordingly;

3. Defendants are ordered to respond to the Complaint in this matter on or before February 28,

IT IS SO ORDERED.

DATED: January 31, 2007



_____
The Hon. Charles R. Breyer
Judge

Proposed Order

-1-