1  PETER P. GOODMAN, ESQ., Cal. Bar No. 97059
   2134 10th Avenue
2  Oakland, CA 94606
   Tel.: (510) 536 - 7273
3  Fax: (510) 534 - 3299
   damfoole@yahoo.com
4
   Attorney for Plaintiff, WILLIAM A. PORTER
5

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   JAMES M. CHADWICK, Cal. Bar No. 157114
7  MARGARET J. PAK, Cal. Bar No. 245994
   Four Embarcadero Center, 17th Floor
8  San Francisco, California  94111-4109
   Telephone:    415-434-9100
9  Facsimile:    415-434-3947

10 Attorneys for Defendants MERCURY HOUSE,
   WORDS GIVEN WINGS LITERARY ARTS
11 PROJECT, and ALBERT M. EVERITT

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| WILLIAM A. PORTER,                                      | Case No. 3:06-cv-06625-CRB |
|                                                         |                            |
|                   Plaintiff,                            | **REQUEST AND STIPULATION FOR DISMISSAL** |
|        v.                                               |                            |
| MERCURY HOUSE, WORDS GIVEN WINGS LITERARY ARTS PROJECT, and AL EVERITT, |        |
|                   Defendants.                           | The Hon. Charles R. Breyer |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff WILLIAM A. PORTER ("Plaintiff") and Defendants, Words Given Wings Literary Arts Project, a California non-profit public benefit corporation, doing business in part as Mercury House, and Al Everitt ("Defendants"), hereby stipulate to and request dismissal of all claims and causes of action of Plaintiff's Complaint herein as to all named Defendants, specifically Defendants Words Given Wings Literary Arts Project, a California non-profit public

1  benefit corporation, doing business in part as Mercury House, and Al Everitt, pursuant to a
2  Settlement Agreement between Plaintiff and Defendants.  The dismissal is with prejudice.
3  Each side shall bear its own costs.
4  Dated:  March 19, 2007

PETER P. GOODMAN, ESQ.

By  *Peter Goodman*
   _____
   Peter P. Goodman, Esq.
   Attorney for Plaintiff
   WILLIAM A. PORTER

Dated:  March 19, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  *James Chadwick*
   _____
   James M. Chadwick
   Attorneys for Defendants MERCURY HOUSE,
   WORDS GIVEN WINGS LITERARY ARTS
   PROJECT, and ALBERT M. EVERITT

March 20, 2007

**IT IS SO ORDERED**
/s/ Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA